UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIERA TOWNS | |
| | CIVIL ACTION |
| VERSUS | |
| | 2:24-cv-02349-JVM |
| ASCENSION DEPAUL SERVICES | |

**ORDER**

IT IS ORDERED that *Plaintiff's Consent Motion to Amend the Scheduling Order* is GRANTED. The trial and all unexpired pretrial deadlines are hereby continued.

IT IS FURTHER ORDERED that a Scheduling Conference to select a new trial date shall be held by telephone on Monday, November 17, 2025, at 9:00 a.m. The parties shall use the following call-in information: telephone number 833-990-9400; Meeting Access Code 456706122.

New Orleans, Louisiana, this 12th day of November, 2025.

```
        _____
                    JUDGE
```

1