UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIERA TOWNS | CIVIL ACTION |
| VERSUS | NO. 24-2349 |
| ASCENSION DEPAUL SERVICES, INC., ET AL. | DIVISION 1 |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference is scheduled for **Friday, January 23, 2026, at 3:00 p.m.,** before the undersigned magistrate judge. Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 590722428.

**IT IS FURTHER ORDERED** that the parties submit a joint status report to efile-dossier@laed.uscourts.gov relative to the issues to be addressed at the status conference on or before **Friday, January 23, 2026, at 1:00 p.m.**

New Orleans, Louisiana, this 22nd day of January, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE