UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TIERA TOWNS**

**VERSUS**

**ASCENSION DEPAUL SERVICES**

**CIVIL ACTION**

**2:24-cv-02349-JVM**

### *EX PARTE* MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT, comes the undersigned, who moves pursuant to Local Rule 83.2.12 that William Most (La. Bar No. 36914) of the law firm of Most & Associates, 201 St. Charles Ave., Ste. 2500 #9685, New Orleans, LA 70170, be enrolled as additional counsel of record for Plaintiff Tiera Towns. Previously, a Notice of Appearance was filed for Mr. Most (R. Doc. 16), but he files this Motion to Enroll per the Court's guidance and for completeness' sake. Attorney Caroline Gabriel will remain enrolled as counsel for Plaintiff, and consents to this motion.

WHEREFORE, Plaintiff prays that this Court enter an Order permitting William Most to enroll as additional counsel for Plaintiff in this proceeding.

Respectfully submitted,

*/s/ William Most*
William Most, 36914
Caroline Gabriel, 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Fax: (504) 414-6400
williammost@gmail.com
caroline.gabriel.ma@gmail.com

*Attorneys for Plaintiff*