MINUTE ENTRY
DOSSIER, M.J.
January 23, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIERA TOWNS | CIVIL ACTION |
| VERSUS | NO.   24-2349 |
| ASCENSION DEPAUL SERVICES, INC. ET AL. | DIVISION: (1) |

### ORDER

A telephone status conference was held on Friday, January 23, 2026.

PRESENT FOR:

    *Plaintiff*: William Most[1]

    *Defendants:*[2] Michael B. Taylor

The Court discussed a dispute over payment timing.

**IT IS ORDERED** that the parties file a joint status report on or by **Tuesday, January 27, 2026, at 5:00 p.m.** to update the Court on the status of their dispute.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:12

---

[1] William Most was reminded to enroll as counsel in this matter.
[2] Scott Carol was also in attendance.