# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**TIERA TOWNS**

**VERSUS**

**ASCENSION DEPAUL SERVICES**

**CIVIL ACTION**

**2:24-cv-02349-JVM**

## ORDER

Considering the foregoing EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF, and for the reasons stated therein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED. William Most (La. Bar No. 36914) of the law firm of Most & Associates shall be and is hereby enrolled as additional counsel of record for Plaintiff in the above-captioned matter.

New Orleans, Louisiana this 26th day of January, 2026.

_____
United States Magistrate Judge